UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

David Foster
& Jan Irvin Foster,

             Debtors

Chapter 13
Case No. 17-10513

## ORDER DENYING FINAL FEE APPLICATION OF MOLLEUR LAW OFFICE

James F. Molleur, Esq., filed the Final Application of Molleur Law Office for Compensation of Legal Services [Dkt. No. 38] (the "Fee Application"). Notice of the hearing to consider the Fee Application was provided in accordance with the applicable provisions of the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and this Court's Local Rules. In the absence of timely objections or other responses to the Fee Application, the Court has reviewed the Fee Application and the docket in this case.

Before the Fee Application was filed, this case was dismissed pursuant to an order that did not contain a retention of jurisdiction provision. [Dkt. No. 35.] The Fee Application is therefore denied in its entirety for the reason set forth in <u>In re Collins</u>, No. 17-20019 (Bankr. D. Me. Dec. 4, 2017).

Dated: December 28, 2017

                                                  Michael A. Fagone
                                                  United States Bankruptcy Judge
                                                  District of Maine